DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KETCHER,<br><br>Defendant. | Case No. 3:01-CR-00034(JMF)<br><br><br><br>APPLICATION AND AFFIDAVIT FOR<br>ISSUANCE OF WRIT OF EXECUTION<br>ON PERMANENT FUND DIVIDEND |
| STATE OF ALASKA         )<br>                         ) ss.<br>THIRD JUDICIAL DISTRICT ) | |

   I, RICHARD L. POMEROY, hereby state on oath:

   1.   Judgment for $95,400.00 was imposed on October 9, 2001, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against MICHAEL KETCHER as judgment debtor.

   2.   I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

   3.   The judgment debtor was represented by counsel.

   4.   The judgment entered is not a default judgment.

5.  ACCRUED since the entry of judgment are the following sums:

$0.00    accrued interest, computed at 0%.

$90.00   accrued costs.

6.  CREDIT must be given for payments and partial satisfaction in the total amount of:

$6,750.92   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.  $88,739.08   ACTUALLY DUE on May 24, 2006. Of this total, $88,649.08 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8.  The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.  The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. MICHAEL KETCHER
Case No.: 3:01-CR-00034(JMF)

2

DATED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 6th day of June, 2006, at Anchorage, Alaska.

*Traci Ross*
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/06

U.S. vs. MICHAEL KETCHER
Case No.: 3:01-CR-00034 (JMF)